United States District Court
for the
Southern District of Florida

| Jorge Jas Venta, Plaintiff | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 17-22180-Civ-Scola |
| Nancy A. Berryhill, Acting Commissioner of Social Security Administration, Defendant | ) ) ) | |

### Order Adopting Magistrate's Report And Recommendation

This case was referred to United States Magistrate Judge Edwin G. Torres for a ruling on all pre-trial, nondispositive matters and for a Report and Recommendation on any dispositive matters. On March 5, 2018, Judge Torres issued a Report, recommending that the Court deny Plaintiff Jorge Jas Venta's motion for summary judgment, grant the Social Security Commissioner's motion for summary judgment, and affirm the Administrative Law Judge's decision. (Report, ECF No. 13.) Jas Venta filed objections to the Report. (Objs., ECF No. 16.) The Court therefore reviewed *de novo* the portions of Judge Torres's Report to which Jas Venta objected. *See* 28 U.S.C. § 636(b).

Upon review of Judge Torres's Report, the record, and the relevant legal authorities, the Court finds Judge Torres's Report cogent and compelling. Accordingly, the Court **affirms and adopts** Judge Torres's Report and Recommendation (**ECF No. 13**). The Court **denies** Jas Venta's motion for summary judgment (**ECF No. 10**), **grants** the Commissioner's motion for summary judgment (**ECF No. 11**), and hereby **affirms** the Administrative Law Judge's ruling. The Court directs the Clerk to **close** this case.

**Done and ordered** in chambers, at Miami, Florida, on August 27, 2018.

_____
Robert N. Scola, Jr.
United States District Judge